**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00199-RPM-KMT

SCOTT ARCHULETA,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Pursuant to the the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: April 29th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge